Certificate Number: 03088-PAE-DE-036169205

Bankruptcy Case Number: 21-12884



03088-PAE-DE-036169205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 29, 2021</u>, at <u>8:13</u> o'clock <u>PM CST</u>, <u>Christopher S Friend</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 29, 2021</u>           By:   <u>/s/Doug Tonne</u>

                                         Name: <u>Doug Tonne</u>

                                         Title: <u>Counselor</u>