# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter: 13
Case No: 2112884

In re: CHRISTOPHER SHAWN FRIEND

Account Number: 5338

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 4 filed on or about 12/20/2021 in the amount of $1,136.34 .

On this 4/7/2022.


By: /s/ Franklin P. Tharp
Franklin P. Tharp, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com