UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Christopher Friend, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No.  21-12884 MDC |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 | | |
| Movant. | : | |
| vs. | | |
| Christopher Friend | : | |
| Debtor(s) | | |
| Kenneth E. West Esq. | : | |
| Trustee | | |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Claim. # 9)** filed by **U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 9)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 9 on the Claims Register forthwith**.

3. **U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan**

**Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** September 24, 2022.

Dated:   September 14, 2022

_____
MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE