**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Christopher S. Friend**          **Chapter 13**
        Debtor          **:**     BANKRUPTCY  NO. **21-12884-mdc**

_____

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR NEWTOWN GRANT PHASE 1-T.H. HOMEOWNERS' ASSOCIATION, INC. AKA WHISPERING WOODS**

    The undersigned hereby enters his appearance for Newtown Grant Phase 1-T.H. Homeowners' Association, Inc. AKA Whispering Woods, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

Date: February 03, 2023

_____
Stefan Richter, Esquire