**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Christopher Shawn Friend | : | |
| | : | Case No.: 21-12884-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 28, 2023              /s/ Brad J. Sadek, Esquire
                                                          Brad J. Sadek, Esquire
                                                          Sadek and Cooper Law Offices, LLC
                                                          1500 JFK Boulevard, Suite #220
                                                          Philadelphia, Pa 19102
                                                          215-545-0008